# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | | |
|---|---|---|
| **DIRECTV, INC.,** | ) | |
| | ) | |
| **Plaintiff.** | ) | |
| | ) | |
| **v.** | ) | **No. 3:05cv0676 AS** |
| | ) | |
| **ANTHONY EDGINGTON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## *MEMORANDUM, OPINION AND ORDER*

This court takes full judicial notice of the record in this case.  Magistrate Judge Christopher A. Nuechterlein filed a Report and Recommendation in this case on January 23, 2007, and as of today, there were no objections or responses filed by the defendant. This court now **ADOPTS** the recommendation of the magistrate judge.  The Court will enter a separate order granting the motion for default judgment.  **IT IS SO ORDERED.**

**DATED: February 20, 2007**


_____
**S/ ALLEN SHARP**
**ALLEN SHARP, JUDGE**
**UNITED STATES DISTRICT COURT**

cc: The Honorable Christopher A. Nuechterlein